Robin Cooksey, CSR, RMR, TCRR

Official Court Reporter

410th District Court

301 N. Main, Rm. 200

Conroe, TX 77301

(936) 538-8127

robin.cooksey@mctx.org

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
1/5/2015 11:28:38 AM
CAROL ANNE HARLEY
Clerk

------------------------------------------------------------------------------

January 5, 2015

Ms. Carol Anne Harley

Clerk, Ninth Court of Appeals

1001 Pearl St., Ste. 330

Beaumont, TX 77701

RE: Trial Case 12-05-05610-CR; State of Texas vs. Joe Eddie Alejandro

Dear Ms. Harley:

I need to request an extension in this case.  I am finishing up another appeal and will begin work on this one.  There is also another reporter who took one day of this trial, and I will need to get her volume coordinated with mine

I am attaching a list of the cases that I have been working on or are on appeal.

Please grant me this extension so that I may have time to complete the Reporter's Record in this case.

Thank you for your assistance in this regard.

Sincerely,

 /s/ Robin Cooksey

Robin Cooksey, CSR, RMR, TCRR

Date:  January 2015

410TH DISTRICT COURT REPORTER'S

APPELLATE CASE LOAD

MONTHLY STATUS REPORT

| CAUSE NO. | STYLE | Trial Date | EST. NO PAGES | NO. PAGES COMPLETED | DUE DATE |
|---|---|---|---|---|---|
| 12-05-05610-CR | State vs. Joe Eddie Alejandro | 11-3-14 thru 11-5-14 | 500 pages | I am currently working on another appeal, and there is another reporter who took the last day of this trial on 11-6-14. | 1-5-15 |
| 14-05-05425-CR | State vs. James Arthur Shane | 5-30-14 and 8-20-14 | 175 pages | I have it roughdrafted and exhibits copied. Still need to finish proofing and correct. | 1-18-15 |
| 14-07-07549-CR | State vs. Steven Dale Sandlin | 11-21-14 | 60 pages | I have not yet started work on it. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUBMITTED BY:


/s/ Robin Cooksey


_____

Robin Cooksey, CSR, RMR, TCRR

Official Court Reporter

410th District Court